EMPIRE BRICK AND SUPPLY COMPANY, Respondent, v. COLKAUF CONSTRUCTION CORPORATION and Others, Defendants, Impleaded with MAX HELFAND, Appellant.— Order modified by striking out the items numbered 10 and 11 thereof, and as so modified affirmed, with ten dollars costs and disbursements to respondent.

---

* Appeal dismissed, 248 N. Y. 580.

The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.